**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

October 9, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
450 Main Street
Hartford, Connecticut  06108

Re:  United States v. Francisco A. Dominguez
     Docket No. 3:01CV000447 (CFD)

Dear Judge Droney:

This letter will confirm the status of this case, as reported by counsel at yesterday's telephonic status conference with your Law Clerk. Specifically, the Government has agreed to reduce the amount of wages it receives from the garnishment issued in this case from 25% of net wages to $100.00 per week. Attorney Loconsolo has agreed to forbear from seeking to reopen the default judgment and/or further challenging the issuance of the garnishment. Further, the garnishment checks that the Government has been holding since May will now be deposited and applied to Mr. Dominguez' debt. I have also contacted Mr. Dominguez' employer and confirmed in writing this agreement of the parties.

Thank you for your consideration and guidance in this matter.

Very truly yours,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney

cc: John M. Loconsolo, Jr., Esq.

The clerk is directed to docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
10/14/03