UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| Francisco A. Dominguez, | : COURT NO: 3:01CV00447 (CFD) |
| Defendant, | : |
| and | : |
| Dal Global Services, Inc. c/o Gates McDonald Co. 3455 Mill Run Dr. Hillard, OH43026 | : |
| | : |
| Garnishee. | : |

**DEFENDANT'S REQUEST FOR HEARING
ON WAGE GARNISHMENT**

If you believe that the amount of your nonexempt earnings has been incorrectly calculated for this pay period or that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Wage Garnishment or twenty(20) days after receiving your employer's Answer, which computes your nonexempt earnings. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee,Dal Global Services, Inc..

The request for a hearing is GRANTED, nunc pro tunc. So ordered.
Christopher F. Droney
United States District
2/13/04